affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 268 App. Div. 772.]

HARVEY F. ROBISON, Respondent, v. FRANK JOHNSON et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HARVEY F. ROBISON, Respondent, v. FRANK JOHNSON et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MARTA ABRAMOWICZ, as Administratrix of the Estate of MICHAEL ABRAMOWICZ, Deceased, Respondent, v. MAURICE WEINMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SHENLI HOLDING CORPORATION et al., Respondents, v. TERWIN HOLDING CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

UPTOWN PAPER & ENVELOPE CORPORATION, Respondent, v. RAPHAEL GROVER et al., Defendants, and E. P. LAWSON & Co., INC., Defendant-Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Arbitration between EDWARD GOLDE et al., Respondents, and RUSSELL S. GOLDE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

VANGUARD MILITARY EQUIPMENT CORPORATION, Appellant-Respondent, v. ALBERT SCHULEIN, Respondent-Appellant, and ABE GERSHEN et al., Impleaded Defendants, Appellants-Respondents.— Order unanimously modified by allowing items 14, 15, 16, 17, 19, 20, 21, 22, 23, 24 and 25, and the production of records comprised under items B through K, and as so modified affirmed, with twenty dollars costs and disbursements to the defendant Albert Schulein. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

AMERICAN BREDDO CORPORATION et al., Respondents-Appellants, v. BENJAMIN GELLER et al., Appellants-Respondents.— Judgment, insofar as it denies to the plaintiffs an award of damages and an accounting, reversed and an interlocutory judgment directed referring the matter to an Official Referee to ascertain what, if any, damages were sustained by plaintiffs, and directing an accounting. The judgment, insofar as it grants injunctive relief, is affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Townley, J., dissents and votes to affirm. Settle order on notice. [See 268 App. Div. 769.]

In the Matter of the Accounting of EMANUEL B. COHEN, as Committee of the Estate of JOHN F. GRAY, an Incompetent Ex-Service Man. FRANK T. HINES, as Administrator of Veterans' Affairs, Appellant; EMANUEL B. COHEN, as Committee, et al., Respondents.— Order, so far as appealed from, reversed, with twenty dollars costs and disbursements, and the motion for an allowance to the attorney for the substituted committee denied. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm.